SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
LATANYA WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LATANYA WILLIAMS,

        Plaintiff,

    vs.

1-800-FLOWERS.COM FRANCHISE CO., INC. D/B/A 1-800-FLOWERS CONROY'S; GEORGE INVESTMENTS LLC A/K/A GEORGE INVESTMENTS II LLC; and DOES 1 to 10,

        Defendants.

**Case No.: 2:25-cv-05023-BFM**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GEORGE INVESTMENTS LLC A/K/A GEORGE INVESTMENTS II LLC**

    **PLEASE TAKE NOTICE** that Plaintiff LATANYA WILLIAMS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant GEORGE INVESTMENTS LLC A/K/A GEORGE INVESTMENTS II LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  September 25, 2025          SO. CAL. EQUAL ACCESS GROUP

By:    */s/   Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**